No. 286. AETNA INSURANCE COMPANY ET AL. *v.* STOKES V. ROBERTSON, STATE REVENUE AGENT, ETC. Error to the Supreme Court of the State of Mississippi. November 12, 1923. *Per Curiam.* Petition for rehearing denied. The authorities under which this case was dismissed were not § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5-6, as stated in the per curiam of October 8, 1923, but were: *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S.

580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195.  *Mr. William H. Watkins, Mr. R. L. Mc-Laurin, Mr. William Thompson, Mr. Edward L. Blodgett* and *Mr. Foye M. Murphy,* for plaintiffs in error.  *Mr. Earl N. Floyd* for defendant in. error.  [See *ante,* 673; *infra,* 698.]